IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERRANCE GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 318-029 |
| ) | |
| STACEY N. STONE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss the § 2241 petition, (doc. no. 10). Therefore, the Court **DISMISSES** the § 2241 petition, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 16th day of August, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE