# United States District Court
## *Southern District of Georgia*

TERRANCE GEORGE

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-029

STACEY N. STONE,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 16, 2018 adopting the Report and Recommendation as the

opinion of the Court, to which no objections have been filed, Respondent's motion to dismiss the §

2241 petition is hereby granted; therefore, Petitioner's § 2241 petition is dismissed, and this case

stands closed.

08/16/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*